UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL MCDADE # 33862-177,
P.O. BOX 1010
Bastrop, Texas 78602

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Defendant.

**COMPLAINT**

1. The Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et seq.*, requires federal agencies to make available information to requesters. 5 U.S.C. § 552(a)(3). Plaintiff Michael McDade ("McDade"), through counsel, sought information under FOIA from Defendant U.S. Department of Justice ("DOJ"). To date, Defendant DOJ has failed to acknowledge one of McDade's FOIA requests, and refused to timely to respond to a separate FOIA request. McDade seeks an order requiring DOJ to search for and produce the requested records.

**Parties**

2. Plaintiff Michael McDade is a federal prisoner currently incarcerated at FCI Bastrop, Texas. Mr. McDade's federal register number is 33862-177. His address is P.O. BOX 1010 Bastrop, Texas 78602.

3. Defendant U.S. Department of Justice is a federal agency subject to the requirements of the FOIA. DOJ's mailing address is 950 Pennsylvania Avenue, NW

Washington, DC 20530-0001.

**Jurisdiction**

4. This Court has jurisdiction over McDade's federal law claims against the DOJ under 28 U.S.C. § 1331.

**Statement of Facts**

5. On February 3, 2017, McDade, through counsel, submitted a FOIA request ("the FOIA request") to the DOJ's FOIA referral unit. The request was submitted by attorney Brandon Sample.

6. The FOIA request stated:

> I request that the Department of Justice release the following records to me concerning the investigation and prosecution of Mr. Michael McDade in *United States v. McDade*, No. 05-CR-00099-A (N.D. Tex).
>
> 1. All photographs, video, images, sketches, and diagrams related to the bank robbery that occurred on January 8, 2005 at South Trust Bank at 6000 Harris Parkway, Fort Worth, TX.
>
> 2. All handwriting, video, and other expert reports related to the robbery described in paragraph one above.
>
> 3. All latent print records related to the robbery described in paragraph one above.
>
> 4. All records concerning the probable height and weight of the suspect who robbed the bank described in paragraph 1 above.
>
> Responsive records may be in the possession of the Federal Bureau of Investigation, Executive Office for U.S. Attorney's, in additional to other DOJ components.

7. On February 8, 2017, the FBI acknowledged the FOIA request via e-mail. However, the acknowledgment was addressed to a *different* attorney than Mr. Brandon

Sample, the attorney who made the request on McDade's behalf. Mr. Sample notified DOJ of this error.

8. On February 10, 2017, the Executive Office for U.S. Attorney's ("EOUSA") also acknowledged the FOIA request. This acknowledgment was properly address to Mr. Brandon Sample, the attorney who made the request.

9. On February 16, 2017, the EOUSA notified Mr. Sample that it had assigned the FOIA request to a "complex" tract for processing because the request purportedly sought "records from one or more field offices, and involves many voluminous records and/or requires consultation with another agency/component with a substantial interest in the subject-matter." This request remains pending. EOUSA has yet to provide a "determination" concerning the FOIA request within the meaning of § 552(a)(6)(A)(i).

10. To date, the FBI has not acknowledged the request for records that was submitted *by Mr. Sample* on McDade's behalf.

**Count One**

11. Paragraphs 1-10 are hereby reincorporated as fully set forth herein.

12. FBI's refusal to acknowledge or produce responsive records to the FOIA request that was submitted by Mr. Sample, McDade's agent, violates FOIA. The FBI received the FOIA request but improperly treated it as coming from a different person than Mr. Sample.

**Count Two**

13. Paragraphs 1-10 are hereby reincorporated as fully set forth herein.

14. EOUSA has failed to provide a timely determination concerning the FOIA request. As such, McDade is deemed to have exhausted his administrative remedies.

EOUSA's failure to produce the requested records violates FOIA.

**Relief Requested**

15. McDade seeks an order requiring DOJ to search for and produce the records described in paragraph six of this Complaint.

16. McDade also requests his costs, attorney's fees, and such other relief the Court deems fit.

Respectfully submitted,

s/ Jeremy Gordon
Jeremy Gordon
1848 Lone Star Road, Ste 106
Mansfield, TX 76063
Tel: 972-483-4865
Fax: 972-584-9230
Email: Jeremy@gordondefense.com
Texas Bar # 24049810

*Attorney for Michael McDade*